```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 40489
   AUBREY L TAYLOR JR
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
        Debtor
    SSN XXX-XX-0057
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   The case was filed on 11/01/2004 and was confirmed 01/21/2005.

   The plan was confirmed to pay secured creditors 100% and unsecured creditors   1.00%.

   The case was converted to chapter 7 after confirmation 06/25/2008.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT | SECURED | 12000.00 | 5100.02 | 3382.72 |
| FORD MOTOR CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN | UNSECURED | NOT FILED | .00 | .00 |
| MARSHALL FIELDS | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSECURED | 518.36 | .00 | .00 |
| ZALUTSKY & PINSKI LTD | DEBTOR ATTY | 2,544.00 | | 2,544.00 |
| TOM VAUGHN | TRUSTEE | | | 648.06 |
| DEBTOR REFUND | REFUND | | | .00 |

   Summary of Receipts and Disbursements:

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 11,674.80 | |
| PRIORITY | | .00 |
| SECURED | | 3,382.72 |
|    INTEREST | | 5,100.02 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 2,544.00 |
| TRUSTEE COMPENSATION | | 648.06 |
| DEBTOR REFUND | | .00 |
| TOTALS | 11,674.80 | 11,674.80 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                   /s/ Tom Vaughn

Dated: 09/08/08                  _____
                                           TOM VAUGHN
                                           CHAPTER 13 TRUSTEE